# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey Scott Lanni                    CHAPTER 13

                Debtor(s)

BKY. NO. 22-12861 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
31 Oct 2022, 15:06:26, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322