United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12861-pmm
Jeffrey Scott Lanni     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Mar 02, 2023     Form ID: 155     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Scott Lanni, 3597 Windsor Court, Nazareth, PA 18064-8011 |
| 14733562 | + | Rocket Mortgage, LLC, fka Quicken Loans, LLC, c/o Michael Farrington, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14733407 | | Sofi Consumer Loan Program Grantor Trust 2018-3, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14730925 | + | Email/Text: backoffice@affirm.com | Mar 02 2023 23:59:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14733035 | + | Email/Text: bkfilings@zwickerpc.com | Mar 02 2023 23:59:00 | American Express National Bank, c/o Karen L. Belair, Esq., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14735473 | + | Email/Text: bkfilings@zwickerpc.com | Mar 02 2023 23:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14730927 | + | Email/PDF: bncnotices@becket-lee.com | Mar 03 2023 00:05:41 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14730928 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 02 2023 23:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14730929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 00:05:06 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14737649 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 03 2023 00:05:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14730931 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2023 00:05:31 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14730932 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 03 2023 00:05:06 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14730930 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2023 00:05:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14732212 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 00:05:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14730933 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 02 2023 23:59:00 | Medical Data Systems Inc., 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14730934 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 02 2023 23:59:00 | New York State Dept of Taxation and Fina, Bankruptcy Section, PO Box 5300, Albany NY 12205-0300 |
| 14730935 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 02 2023 23:59:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14730936 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2023 00:05:07 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14733378 | ^ | MEBN | Mar 02 2023 23:55:07 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14738401 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 02 2023 23:59:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14741173 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 23:59:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14730937 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 23:59:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14730938 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 03 2023 00:05:10 | SoFi Lending Corp, 234 1st Street, San Francisco, CA 94105-2624 |
| 14731191 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2023 00:05:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14730997 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2023 00:05:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14730939 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 03 2023 00:05:06 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14730940 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 03 2023 00:05:15 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 14744400 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 03 2023 00:05:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14742607 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 03 2023 00:05:15 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14730941 | + | Email/Text: bkfilings@zwickerpc.com | Mar 02 2023 23:59:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Ste. 215, Bensalem, PA 19020-2028 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14730926 | ##+ | Allied Interstate LLC, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 155 | Total Noticed: 30 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

**Name**          **Email Address**

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Jeffrey Scott Lanni zzawarski@zawarskilaw.com

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeffrey Scott Lanni
      Debtor(s)                                     Chapter: 13

                                                                   Bankruptcy No: 22−12861−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 2nd day of March 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Patricia M. Mayer
                                                             Judge ,
                                                             United States Bankruptcy Court

                                                                                           20
                                                                                        Form 155