| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12861-PMM**

Jeffrey Scott Lanni
3597 Windsor Court
Nazareth  PA    18064

Petition Filed Date: 10/25/2022
341 Hearing Date: 12/06/2022
Confirmation Date: 03/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/14/2022 | $225.00 | | 11/28/2022 | $225.00 | | 12/12/2022 | $225.00 | |
| 12/27/2022 | $244.00 | | 01/09/2023 | $245.00 | | 01/23/2023 | $245.00 | |
| 02/03/2023 | $245.00 | | 02/21/2023 | $245.00 | | 03/03/2023 | $245.00 | |
| 03/20/2023 | $245.00 | | 03/31/2023 | $245.00 | | 04/14/2023 | $245.00 | |
| 04/28/2023 | $245.00 | | 05/12/2023 | $245.00 | | 05/26/2023 | $245.00 | |
| 06/09/2023 | $245.00 | | 06/26/2023 | $245.00 | | 07/10/2023 | $245.00 | |
| 07/24/2023 | $245.00 | | | | | | | |

**Total Receipts for the Period: $4,594.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,839.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $8,649.74 | $0.00 | $8,649.74 |
| 2 | SOFI LENDING CORP »» 002 | Unsecured Creditors | $75,593.43 | $0.00 | $75,593.43 |
| 3 | NEW YORK STATE DEPT - TAXATION »» 003 | Unsecured Creditors | $6,904.66 | $0.00 | $6,904.66 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Secured Creditors | $23,810.31 | $3,607.85 | $20,202.46 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $15,392.96 | $0.00 | $15,392.96 |
| 6 | ROCKET MORTGAGE LLC »» 006 | Secured Creditors | $1,757.62 | $266.33 | $1,491.29 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $93.07 | $0.00 | $93.07 |
| 8 | SANTANDER CONSUMER USA »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO »» 09S | Secured Creditors | $724.40 | $97.48 | $626.92 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $18,494.57 | $0.00 | $18,494.57 |
| 11 | WELLS FARGO »» 09U | Unsecured Creditors | $3,843.77 | $0.00 | $3,843.77 |

Chapter 13 Case No. 22-12861-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,839.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $3,971.66 | Arrearages: | ($509.00) |
| Paid to Trustee: | $409.16 | Total Plan Base: | $29,320.00 |
| Funds on Hand: | $458.18 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.