| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-12861-PMM**

Jeffrey Scott Lanni  
3597 Windsor Court  
Nazareth  PA    18064

Petition Filed Date: 10/25/2022  
341 Hearing Date: 12/06/2022  
Confirmation Date: 03/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $245.00 | | 08/21/2023 | $245.00 | | 09/01/2023 | $245.00 | |
| 09/19/2023 | $245.00 | | 09/29/2023 | $245.00 | | 10/16/2023 | $245.00 | |
| 10/27/2023 | $245.00 | | 11/13/2023 | $245.00 | | 11/27/2023 | $245.00 | |
| 12/08/2023 | $245.00 | | 12/22/2023 | $245.00 | | 01/08/2024 | $245.00 | |
| 01/22/2024 | $245.00 | | 02/02/2024 | $245.00 | | 02/16/2024 | $245.00 | |
| 03/01/2024 | $245.00 | | 03/15/2024 | $245.00 | | 04/01/2024 | $245.00 | |
| 04/12/2024 | $245.00 | | 04/26/2024 | $245.00 | | 05/10/2024 | $245.00 | |
| 05/24/2024 | $245.00 | | 06/07/2024 | $245.00 | | 06/24/2024 | $245.00 | |
| 07/08/2024 | $245.00 | | 07/19/2024 | $245.00 | | | | |

**Total Receipts for the Period:  $6,370.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,454.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC  »» 001 | Unsecured Creditors | $8,649.74 | $0.00 | $8,649.74 |
| 2 | SOFI LENDING CORP  »» 002 | Unsecured Creditors | $75,593.43 | $0.00 | $75,593.43 |
| 3 | NEW YORK STATE DEPT - TAXATION  »» 003 | Unsecured Creditors | $6,904.66 | $0.00 | $6,904.66 |
| 4 | AMERICAN EXPRESS NATIONAL BANK  »» 004 | Secured Creditors | $23,810.31 | $9,212.33 | $14,597.98 |
| 5 | CAPITAL ONE BANK (USA) NA  »» 005 | Unsecured Creditors | $15,392.96 | $0.00 | $15,392.96 |
| 6 | ROCKET MORTGAGE LLC  »» 006 | Secured Creditors | $1,757.62 | $680.03 | $1,077.59 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $93.07 | $0.00 | $93.07 |
| 8 | SANTANDER CONSUMER USA INC  »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO  »» 09S | Secured Creditors | $724.40 | $280.28 | $444.12 |
| 10 | WELLS FARGO BANK NEVADA NA  »» 010 | Unsecured Creditors | $18,494.57 | $0.00 | $18,494.57 |
| 11 | WELLS FARGO  »» 09U | Unsecured Creditors | $3,843.77 | $0.00 | $3,843.77 |

**Chapter 13 Case No. 22-12861-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,454.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $10,172.64 | Arrearages: | ($754.00) |
| Paid to Trustee: | $1,060.86 | Total Plan Base: | $29,320.00 |
| Funds on Hand: | $220.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.