Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-12861-PMM**

Jeffrey Scott Lanni  
3597 Windsor Court  
Nazareth  PA    18064

Petition Filed Date: 10/25/2022  
341 Hearing Date: 12/06/2022  
Confirmation Date: 03/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $245.00 | | 08/16/2024 | $245.00 | | 08/30/2024 | $245.00 | |
| 09/13/2024 | $245.00 | | 09/27/2024 | $245.00 | | 10/11/2024 | $245.00 | |
| 10/25/2024 | $245.00 | | 11/08/2024 | $245.00 | | 11/22/2024 | $245.00 | |
| 12/06/2024 | $245.00 | | 12/20/2024 | $245.00 | | 01/06/2025 | $245.00 | |
| 01/17/2025 | $245.00 | | 01/31/2025 | $245.00 | | 02/14/2025 | $245.00 | |
| 02/28/2025 | $245.00 | | 03/14/2025 | $245.00 | | 03/31/2025 | $245.00 | |
| 04/11/2025 | $245.00 | | 04/25/2025 | $245.00 | | 05/09/2025 | $245.00 | |
| 05/23/2025 | $245.00 | | 06/06/2025 | $245.00 | | 06/23/2025 | $245.00 | |
| 07/07/2025 | $245.00 | | 07/18/2025 | $245.00 | | | | |

**Total Receipts for the Period:  $6,370.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,824.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $8,649.74 | $0.00 | $8,649.74 |
| 2 | SOFI BANK »» 002 | Unsecured Creditors | $75,593.43 | $0.00 | $75,593.43 |
| 3 | NEW YORK STATE DEPT - TAXATION »» 003 | Unsecured Creditors | $6,904.66 | $0.00 | $6,904.66 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Secured Creditors | $23,810.31 | $14,732.45 | $9,077.86 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $15,392.96 | $0.00 | $15,392.96 |
| 6 | ROCKET MORTGAGE LLC »» 006 | Secured Creditors | $1,757.62 | $1,087.50 | $670.12 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $93.07 | $0.00 | $93.07 |
| 8 | SANTANDER CONSUMER USA INC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NA »» 09S | Secured Creditors | $724.40 | $448.24 | $276.16 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $18,494.57 | $0.00 | $18,494.57 |
| 11 | WELLS FARGO BANK NA »» 09U | Unsecured Creditors | $3,843.77 | $0.00 | $3,843.77 |

**Chapter 13 Case No. 22-12861-PMM**

|  |  |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,824.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $16,268.19 | Arrearages: | ($1,244.00) |
| Paid to Trustee: | $1,555.81 | Total Plan Base: | $29,320.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.