Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jeffrey Scott Lanni
3597 Windsor Court
Nazareth, PA 18064

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-12861-PMM**

Petition Filed Date: 10/25/2022
341 Hearing Date: 12/06/2022
Confirmation Date: 03/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $245.00 | | 08/15/2025 | $245.00 | | 09/02/2025 | $245.00 | |
| 09/12/2025 | $245.00 | | 09/26/2025 | $245.00 | | 10/13/2025 | $245.00 | |
| 10/24/2025 | $245.00 | | 11/07/2025 | $245.00 | | 11/21/2025 | $245.00 | |
| 12/08/2025 | $245.00 | | 12/19/2025 | $245.00 | | 01/05/2026 | $245.00 | |
| 01/16/2026 | $245.00 | | 01/30/2026 | $245.00 | | 02/13/2026 | $245.00 | |
| 02/27/2026 | $245.00 | | 03/13/2026 | $245.00 | | 03/27/2026 | $245.00 | |
| 04/10/2026 | $245.00 | | 04/27/2026 | $245.00 | | 05/11/2026 | $245.00 | |
| 05/22/2026 | $245.00 | | 06/05/2026 | $245.00 | | 06/22/2026 | $245.00 | |
| 07/06/2026 | $245.00 | | 07/17/2026 | $245.00 | | 07/31/2026 | $245.00 | |

**Total Receipts for the Period: $6,615.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $24,194.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $8,649.74 | $0.00 | $8,649.74 |
| 2 | SOFI BANK/LENDING CORP<br>»» 002 | Unsecured Creditors | $75,593.43 | $0.00 | $75,593.43 |
| 3 | NEW YORK STATE DEPT - TAXATION<br>»» 003 | Unsecured Creditors | $6,904.66 | $0.00 | $6,904.66 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Secured Creditors | $23,810.31 | $20,071.67 | $3,738.64 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $15,392.96 | $0.00 | $15,392.96 |
| 6 | ROCKET MORTGAGE LLC<br>»» 006 | Secured Creditors | $1,757.62 | $1,481.64 | $275.98 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $93.07 | $0.00 | $93.07 |
| 8 | SANTANDER CONSUMER USA INC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NA<br>»» 09S | Secured Creditors | $724.40 | $610.67 | $113.73 |

**Chapter 13 Case No. 22-12861-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $18,494.57 | $0.00 | $18,494.57 |
| 11 | WELLS FARGO BANK NA<br>»» 09U | Unsecured Creditors | $3,843.77 | $0.00 | $3,843.77 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,194.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $22,163.98 | Arrearages: | ($1,734.00) |
| Paid to Trustee: | $2,030.02 | Total Plan Base: | $29,320.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.